UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-135 |
| | § | |
| DAN JOSLIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO AMEND PETITION

Petitioner's motion to amend his original petition to correct the disciplinary codes referred to therein from 299 to 399 (D.E. 22) is granted. This amendment conforms to the information and exhibits provided by Respondent.

ORDERED this 30th day of July, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE